Michael R. King #005903
Gregory J. Gnepper #024085
**GAMMAGE & BURNHAM P.L.C.**
TWO NORTH CENTRAL AVENUE
18TH FLOOR
PHOENIX, AZ 85004
TELEPHONE (602) 256-0566
FACSIMILE (602) 256-4475
EMAIL: GGNEPPER@GBLAW.COM

Attorneys for Northern Trust, NA

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>PATRICIA LIVI,<br>Debtor. | Chapter 11<br>No. 2:10-bk-01016-SSC<br>No. 2:10-bk-06607-SSC<br>(jointly administered) |
| In re:<br>TOTAL LIVING CONCEPTS, LLC,<br>Debtor. | |
| NORTHERN TRUST, NA,<br>Movant,<br>vs.<br>TOTAL LIVING CONCEPTS, LLC,<br>Respondent. | **AFFIDAVIT OF DEAN RONEY IN SUPPORT OF NORTHERN TRUST, NA'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>(Real Property located at 6927 North Quail Run, Paradise Valley, Arizona) |

STATE OF ARIZONA    )
                                       ) ss.
County of Maricopa    )

Dean Roney, being duly sworn upon oath, deposes and states as follows:

1. I am a Vice President of Northern Trust, NA ("Northern Trust") and am authorized to make and submit this Affidavit on Northern Trust's behalf.

2. I am familiar with the loan that Northern Trust issued to Total Living Concepts, LLC ("TLC"). This Affidavit is based on my personal knowledge and on records and documents that Northern Trust has prepared and maintained in the ordinary course of its business. These records were made at or near the time of the underlying events by (or from information transmitted by) a person with first-hand knowledge acquired in the regular course of Northern Trust's business. I am a custodian of those records and documents.

3. On November 14, 2007, Northern Trust extended a loan to TLC in the original principal balance of $1,832,000.00 (the "Loan"). On June 18, 2008, Northern Trust agreed to modify and extend the Loan. The Loan as modified is evidenced by a Promissory Note dated June 18, 2008 in the original principal amount of $1,832,000.00. A true and accurate copy of the Promissory Note is attached to Northern Trust's *Motion for Relief from the Automatic Stay* as **Exhibit B**.

4. The Loan matured on December 18, 2008, at which time the outstanding principal balance was $1,832,000.00.00. In February 2009, Northern Trust and TLC entered into a Forbearance Agreement that extended the maturity date of the Loan to June 18, 2009. A true and accurate copy of the Forbearance Agreement is attached to Northern Trust's *Motion for Relief from the Automatic Stay* as **Exhibit C**.

5. TLC granted to Northern Trust a Deed of Trust to secure TLC's obligations under the Loan. The Deed of Trust was recorded on November 16, 2007 in the office of the Maricopa County, Arizona Recorder at Recorder No. 2007-1228263. A true and accurate copy of the Deed of Trust is attached to Northern Trust's *Motion for Relief from the Automatic Stay* as **Exhibit D**.

6. The Loan is in default due in part to TLC's failure to pay the Loan in full by its maturity date of June 18, 2009.

7. As of April 7, 2010, the principal balance due on the Loan was $1,832,000.00, together with interest thereon at the default rate of 9.750% per annum

from that date until paid.  Unpaid accrued interest up to April 7, 2010 totals $100,645.50.
Northern Trust is further owed late fees and the attorneys' fees, costs and other expenses
incurred in connection with this action and the enforcement of the Loan and Deed of
Trust.

       8.    TLC has not made any payments on the Loan—whether interest payments
or principal payments—since June 2009.  Nor has TLC's bankruptcy estate made any
payments on the Loan.

Dated: 6/23/10



Dean Roney

SUBSCRIBED AND SWORN TO before me this 23 day of June 2010.

_____
Notary Public

(Notary Seal)

Linda J. Elliott
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Commission Expires
September 6, 2010

| | |
|---|---|
| 1 | Copy of the foregoing was mailed this |
| 2 | __24th__ day of June 2010 to: |
| 3 | Total Living Concepts LLC |
|   | 6927 E. Quail Run Road |
| 4 | Paradise Valley, Arizona  85253 |
| 5 | Debtor |
| 6 | Tracy S. Essig |
|   | Law Office of Tracy S. Essig |
| 7 | 3509 E. Shea Blvd., Ste. 117 |
| 8 | Phoenix, Arizona  85028 |
|   | tracyessiglaw@cox.net |
| 9 | Attorney for Debtor |
| 10 | U.S. Trustee |
|    | Office of the U.S. Trustee |
| 11 | 230 North First Avenue, Suite 204 |
| 12 | Phoenix, Arizona 85003 |
| 13 | SunChase Century, LLC |
|    | c/o Ethan Minkin |
| 14 | Kutak Rock LLP |
| 15 | 8601 N. Scottsdale Road, Ste. 300 |
|    | Scottsdale, Arizona  85253-2738 |
| 16 | |
| 17 | _/s/ Connie Larson_ |